UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO,**<br><br>        **Plaintiff,**<br>vs.<br><br>**TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20**<br><br>        **Defendants.** | **CIVIL ACTION NO: 2:24-2748**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff, Judith Santano ("Plaintiff") moves the Court, pursuant to Local Rule 83.2.5, to admit Aaron B. Zisser, an attorney in good standing in the State of California, as counsel *pro hac vice* on its behalf.

Mr. Zisser practices law with the law firm of Zisser Law Office, 5706 Cahalan Ave., #23730, San Jose, CA 95153. Mr. Zisser is a member in good standing of the State Bar of the State of California (admitted in 2015) (CA Bar No. 302926). *See* Certificate of Good Standing, attached as Ex. 1. Mr. Zisser is also a member of the bar of, among other federal district courts, the United States District Court, Northern District of California (admitted in 2017). *See* Certificate of Good Standing, attached as Ex. 2. No disciplinary proceedings or criminal charges have been instituted against Mr. Zisser in any state or federal court. *See* Declaration, attached as Ex. 3.

As required by Local Rule 83.2.5 and Rule 2 of this Court's Administrative Procedures for Case Filing, attached to this Motion are: the Certificates of Good Standing (Exhibits 1 and 2), Mr. Zisser's Declaration (Ex. 3), and a completed EDLA Consent to Electronic Filing form.

1

Mr. Zisser and his support staff have extensive knowledge and experience using the CM/ECF system and have filed and managed cases in various courts using the CM/ECF system including, but not limited to, the Northern District of California and the Eastern District of California.

Mr. Zisser agrees to abide by the rules of the Court and conduct himself as an attorney and counselor of this Court, uprightly and according to the law.

William Most and Hope Phelps of the law firm of MOST & ASSOCIATES are counsel for Judith Santano in this matter and are admitted to practice before this Court. By this Motion, Mr. Most and Ms. Phelps request that the Court admit, *pro hac vice*, Aaron B. Zisser to act as co-counsel for Plaintiff.

Accordingly, Judith Santano and undersigned counsel move this Court to enter an Order granting the admission *pro hac vice* of Aaron B. Zisser to appear as counsel of record for Judith Santano.

    Respectfully submitted:

/s/ *William Most*
William Most, 36914
Hope Phelps, 37259
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Fax: (504) 414-6400
williammost@gmail.com
hopeaphelps@outlook.com

*Attorneys for Plaintiff, Judith Santano*