UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO,<br><br>        **Plaintiff,**<br>vs.<br><br>TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20<br><br>        **Defendants.** | **CIVIL ACTION NO: 24-2748**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**ORDER**

**CONSIDERING THE FORGOING** *Ex Parte* Motion for Admission *Pro Hac Vice*, Plaintiff, Judith Santano's *Ex Parte* Motion:

**IT IS ORDERED** that Aaron B. Zisser be admitted as counsel of record *pro hac vice* for Plaintiff, Judith Santano.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2025.

_____
**JUDGE**

3