# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Aaron Bernell Zisser

Bar Number 302926

was duly admitted to practice in this Court on July 20, 2017, and is in good standing as a member of the bar of this Court.



Signed on January 7, 2025 by

*Mark B. Busby*

Mark B. Busby, Clerk of the Court