# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 13, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AARON BERNELL ZISSER, #302926 was admitted to the practice of law in this state by the Supreme Court of California on May 13, 2015; that from the date of admission to May 14, 2023, they were an ACTIVE licensee of the State Bar of California; that on May 14, 2023, they transferred at their request to the INACTIVE status; that from that date to November 16, 2023, they were an INACTIVE licensee of the State Bar of California; that on November 16, 2023, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records