**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JUDITH SANTANO,** | |
| **Plaintiff,** | **CIVIL ACTION NO: 24-2748** |
| **vs.** | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendants.** | |

**DECLARATION OF AARON B. ZISSER IN SUPPORT OF MOTION FOR *PRO HAC VICE***

I, **AARON B. ZISSER**, declare under penalty of perjury as follows:

1.  I am an attorney at the law firm of Zisser Law Office, 5706 Cahalan Ave., #23730, San Jose, CA 95153.

2.  Pursuant to the rules of this Court, I move to be admitted *pro hac vice* to the bar of this court for the purpose of representing Judith Santano in this matter.

3.  I am a member of good standing in the State of California (Bar No. 302926). I am admitted to practice in other federal district courts, including the Northern District of California.

4.  No disciplinary proceedings or criminal charges have been instituted against me in any state or federal court.

5.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.    I am familiar with the Local Rules of the Eastern District of Louisiana, and I will abide by them.

7.    I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court to appear in the instant matter.

_____/s/ Aaron Zisser_____
Aaron B. Zisser (*pro hac vice* pending)
ZISSER LAW OFFICE
aaron@zisserlawoffice.com
(669) 228 5154
5706 Cahalan Ave., #23730
San Jose, CA 95153

*Counsel for Plaintiff, Judith Santano*