UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO,<br><br>   Plaintiff,<br>vs.<br><br>TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20<br><br>   Defendants. | CIVIL ACTION NO: 24-2748<br><br>JUDGE GREG G. GUIDRY<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

### ORDER

**CONSIDERING THE FORGOING** *Ex Parte* Motion for Admission *Pro Hac Vice*, Plaintiff, Judith Santano's *Ex Parte* Motion:

**IT IS ORDERED** that Aaron B. Zisser be admitted as counsel of record *pro hac vice* for Plaintiff, Judith Santano.

Dated this 23rd day of January, 2025.

_____
Donna Phillips Currault
United States Magistrate Judge

3