Hope Phelps (La. Bar No. 37259)
William Most (La. Bar No. 36914)
MOST AND ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: hopeaphelps@outlook.com

Aaron B. Zisser [Cal. Bar No. 302926] (*pro hac vice*)
ZISSER LAW OFFICE
5706 Cahalan Ave., # 23730
San Jose, CA 95153
Telephone: (669) 228-5154
Fax: (408) 404-8980
Email: aaron@zisserlawoffice.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JUDITH SANTANO,**<br><br>      **Plaintiff,**<br> vs.<br><br>**TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20**<br><br>      **Defendants.** | **CIVIL ACTION NO: 2:24-cv-2748**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 7.6, Plaintiff, Judith Santano ("Plaintiff"), moves the Court for leave to amend the complaint filed on November 25, 2024 (ECF No. 1). Plaintiff notified counsel for the defendants of the intention to amend her complaint so that defendants would not unnecessarily file a responsive pleading as to the original complaint. (*See* Declaration/Certification attached hereto.) Plaintiff further sought

1

and received consent from counsel for Defendants for the filing and granting of the motion to amend.

Plaintiff seeks leave to file the proposed First Amended Complaint (attached as an exhibit hereto) for the following reasons:

- Plaintiff filed an additional charge with the Equal Employment Opportunity Commission ("EEOC") and subsequently, November 29, 2024, received the EEOC's Notice of Right to Sue. Plaintiff must file a lawsuit within 90 days of receiving a right-to-sue letter. Accordingly, Plaintiff seeks to amend the complaint to include new claims related to the additional EEOC charge. The two EEOC charges, and the claims associated with them, are related: the new claims address the alleged deficiencies in the university's investigations of (1) the retaliation alleged in the original complaint and (2) the underlying assault, the report of which was the basis of the retaliation alleged in the initial complaint.
- Plaintiff is seeking voluntary dismissal of two of the defendants named in the original complaint.

Allowing an amendment now would also serve to streamline the litigation, rather than requiring a responsive pleading to a moot original complaint. Such a responsive pleading would, under Rule 15(1)(B), allow Plaintiff as a matter of course to file an amended complaint. Accordingly, allowing an amendment now does not prejudice the other parties and serves the interests of judicial efficiency.

//
//
//

Dated this 18th day of February, 2025.

                                      **MOST AND ASSOCIATES**

                                      /s/ Hope Phelps

                                      Hope Phelps
                                      Attorney for Plaintiff,
                                      JUDITH SANTANO

                              **LAW OFFICE OF AARON ZISSER**

                                      Aaron B. Zisser
                                      Attorney for Plaintiff,
                                      JUDITH SANTANO

                                      (*pro hac vice*)

## DECLARATION / CERTIFICATION

1. Pursuant to Local Rule 7.6, I sought and received consent from counsel for Defendants to file, and for the court to grant, Plaintiff's Motion to Amend Complaint.

2. I understand and agree that Defendants reserve their right to file a responsive pleading to the amended complaint, including, but not limited to, an answer or motion to dismiss.

3. I hereby certify, and declare under penalty of perjury under the laws of the State of California, the State of Louisiana, and the United States of America, that the foregoing is true and correct.

Executed on February 18, 2025, in Santa Clara County, California.

_____
AARON ZISSER
Attorney for Plaintiff (*pro hac vice*)

## CERTIFICATE OF SERVICE

Case Name: *Santano v. Tulane University, et al.*

No. 2:24-cv-2748-GGG-DPC

    I hereby certify that on February 18, 2025, I served the following documents on all defendants via email to their respective counsel:

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; PROPOSED FIRST AMENDED COMPLAINT; DECLARATION/CERTIFICATION**

    I declare under penalty of perjury under the laws of the State of California, the State of Louisiana, and the United States of America the foregoing is true and correct and that this declaration was executed on February 18, 2025, at San Jose, California.

_____Aaron Zisser_____   _____/s/ Aaron Zisser_____

Declarant   Signature