UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO,**<br><br>       **Plaintiff,**<br>   vs.<br><br>**TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20**<br><br>       **Defendants.** | **CIVIL ACTION NO: 24-2748**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**[PROPOSED] ORDER**

**CONSIDERING THE FORGOING** Plaintiff's Motion for Leave to Amend Complaint, the Court finds that, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, justice requires that the court grant leave for Plaintiff to amend.

**IT IS ORDERED** that Plaintiff be granted leave to amend her complaint. The proposed amended complaint submitted along with Plaintiff's motion to amend shall be entered as the operative amended complaint.

Defendants shall file any responsive pleading no later than _____, 2025.

New Orleans, Louisiana, this ____ day of _____, 2025.

_____
**JUDGE**
