Hope Phelps (La. Bar No. 37259)
William Most (La. Bar No. 36914)
MOST AND ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: hopeaphelps@outlook.com

Aaron B. Zisser [Cal. Bar No. 302926] (*pro hac vice*)
ZISSER LAW OFFICE
5706 Cahalan Ave., # 23730
San Jose, CA 95153
Telephone: (669) 228-5154
Fax: (408) 404-8980
Email: aaron@zisserlawoffice.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO,** | |
| **Plaintiff,** | **CIVIL ACTION NO: 2:24-cv-2748** |
| **vs.** | |
| | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendants.** | |

### *EX PARTE* NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE OF DEFENDANTS HANNAH FRANK AND SUNSHINE VAN BAEL

Plaintiff, Judith Santano, hereby gives notice of the voluntary dismissal, with prejudice, of

Defendants Hannah Frank and Sunshine Van Bael, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of

all claims asserted against them or otherwise relating to or arising from the allegations contained

in Plaintiff's Complaint for Damages (R. Doc. 1). No party has filed an Answer, a Motion for Summary Judgment, or otherwise appeared in this action on behalf of Defendants Hannah Frank or Sunshine Van Bael, and dismissal may therefore be accomplished by filing of the instant Notice without need for an Order of this Honorable Court.

Respectfully Submitted February 18, 2025.

**MOST AND ASSOCIATES**

/s/ Hope Phelps
Hope Phelps (La. Bar No. 37259)
William Most (La. Bar No. 36914)
**MOST AND ASSOCIATES**
201 St. Charles Avenue, Suite 2500, #9685
New Orleans, Louisiana 70170
Tel: (504) 509-5023
Email: hopeaphelps@outlook.com

and

/s/ Aaron Zisser
Aaron B. Zisser (Cal. Bar No. 302926)
**ZISSER LAW OFFICE**
5706 Cahalan Avenue, #23730
San Jose, California 95153
Tel: (669) 228-5154
Fax: (408) 404-8980
Email: aaron@zisserlawoffice.com

(*pro hac vice*)

***Attorneys for Plaintiff,***
***Judith Santano***

**CERTIFICATE OF SERVICE**

Case Name: *Santano v. Tulane University, et al.*

No. 2:24-cv-2748-GGG-DPC

 

I hereby certify that on February 18, 2025, I served the following documents on all defendants via email to their respective counsel:

**EX PARTE NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE OF DEFENDANTS HANNAH FRANK AND SUNSHINE VAN BAEL**

I declare under penalty of perjury under the laws of the State of California, the State of Louisiana, and the United States of America the foregoing is true and correct and that this declaration was executed on February 18, 2025, at San Jose, California.

 

_____Aaron Zisser_____          _____/s/ Aaron Zisser_____

      Declarant                                    Signature