UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GRED G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

**DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come The Administrators of the Tulane Educational Fund,[1] and individual Defendants, Erica Woodley, Tiffany Smith, Jordan Karubian ("Defendants"), and appearing solely for the purpose of this motion, reserving all rights, motions and defenses and without waiver thereof, respectfully move this Honorable Court for an extension of time until March 28, 2025, in which to respond to Plaintiff's Amended Complaint (R. Doc 19)[2] filed by Plaintiff in the above-referenced matter. Counsel for Plaintiff has been contacted and there is no opposition to the extension of time until March 28, 2025.

In accordance with Eastern District Local Rule 7.8, Movants certify that this is their first extension of time to respond to the Amended Complaint and that Plaintiff has not filed into the record an objection to an extension of time.

---

[1] Incorrectly named as "Tulane University" and "Board of Tulane" which are incorrect legal entities.
[2] The Amended Complaint was filed prior to Defendants' initial response to the original Complaint (R. Doc. 1); Defendants' response will serve to be towards the operative Amended Complaint.

PD.48477016.2

Respectfully submitted,

**PHELPS DUNBAR LLP**

/s/ Rebecca Sha

---

KIM M. BOYLE (#18133)
REBECCA SHA (#35317)
365 Canal Street, Suite 2000
New Orleans, LA  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
kim.boyle@phelps.com
rebecca.sha@phelps.com

**ATTORNEYS FOR DEFENDANTS THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ERICA WOODLEY AND TIFFANY SMITH**

**and;**

**FRILOT, LLC**

/s/ Leslie W. Ehret

---

LESLIE W. EHRET (#18494)
Christopher Nunziato (#40471)
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Telephone:  (504) 599-8203
lehret@frilot.com

**ATTORNEYS FOR DEFENDANT JORDAN KARUBIAN**