UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GRED G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

### ORDER

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Respond to Plaintiff's Complaint and Amended Complaint by Defendants, The Administrators of the Tulane Educational Fund, Erica Woodley, Tiffany Smith, Jordan Karubian ("Defendants"); accordingly,

IT IS ORDERED BY THE COURT that Defendant's Ex Parte Motion for Extension of Time Within Which to Respond to Plaintiff's Amended Complaint be, and the same is hereby GRANTED, and that Defendants, have until and through, March 28, 2025, in which to respond to the Amended Complaint filed by Plaintiff.

New Orleans, Louisiana, this  6th  day of   March  , 2025.

_____
Donna Phillips Currault
United States Magistrate Judge

PD.48477016.2