# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTIAGO, § § § | |
| Plaintiff(s), § | |
| v. § | Civil Action No. <u>24-2748</u> |
| § | |
| TULANE UNIVERSITY, et al., § § | |
| Defendant(s). § | |

## RETURN OF SERVICE

Came to my hand on **Monday, February 17, 2025 at 2:04 PM**,
Executed at: **1000 HILLTOP CIRCLE, BALTIMORE, MD 21250**
at **11:38 AM, on Tuesday, February 18, 2025,**
by delivering to the within named:

### MARCUS FOSTER

by personally delivering to **Authorized Person, IRENE VIZCARRA**

a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DAMAGES

**BEFORE ME**, the undersigned authority, on this day personally appeared ANDRE POWELL who after being duly sworn on oath states: "My name is ANDRE POWELL. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Maryland. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**ANDRE POWELL – Process Server**

Subscribed and Sworn to by ANDRE POWELL, Before Me, the undersigned authority, on this _____ day of February, 2025.

_____
Notary Public in and for the State of Maryland

Ida M. Manly
NOTARY PUBLIC
BALTIMORE CITY
MARYLAND
MY COMMISSION EXPIRES March 5, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Judith Santano

*Plaintiff(s)*

v.

TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, MARCUS FOSTER, TIFFANY SMITH, HANNAH FRANK, SUNSHINE VAN BAEL, and DOES 1-20

*Defendant(s)*

Civil Action No. 24-2748    T (2)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marcus Foster

,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hope A. Phelps
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, Louisiana 70170
Direct: 504.500.7974
E-mail: hopeaphelps@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 26 2024

RETURN / AFFIDAVIT PROOF / ATTACHED

Carol L. Michel
Name of clerk of court

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marcus Foster

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT PROOF / ATTACHED**

[ Print ]   [ Save As... ]                                    [ Reset ]