UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

**MOTION FOR LEAVE TO FILE EXCESS PAGES**

**NOW INTO COURT**, through undersigned counsel, come Defendant, The Administrators of the Tulane Educational Fund ("Tulane" or "Defendant"), and individually named Defendants, Erica Woodley, Tiffany Smith, Avery Pardee and Jonathan Small (collectively, "Individual Defendants") (together with Tulane, "Defendants"), and without waiving and expressly maintaining all rights, defenses, privileges, motions and objections to these proceedings, respectfully request this Honorable Court to grant them leave to file their Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss in excess of the twenty-five page limit set forth in Local Rule 7.7 by fifteen (15) pages. Defendants submit that due to the complex legal issues raised in the claims asserted by Plaintiff, the substantial length of the Amended Complaint (69 pages), and the fact that undersigned counsel is responding on behalf of six named Defendants (Tulane University, Tulane Board, Avery Pardee, Jonathan Small, Erica Woodley, and Tiffany Smith, they need to file a memorandum longer than twenty-five (25) pages to adequately brief and address those claims. Despite earnest efforts to draft a memorandum within the twenty-five page limitation set by the Local Rule 7.7, Defendants were unable to do so in light of the numerous factual allegations asserted by Plaintiff. Defendants also submit that the detailed briefing in the Memorandum applying the substantial body of law to Plaintiff's factual allegations is necessary and will assist the Court in adjudication of the Motion to Dismiss. Accordingly, Defendants,

respectfully pray that their request for leave of Court to file a memorandum in support of their Rule 12(b)(6) Motion in excess of the twenty-five (25) page limitation be granted.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____*/s/ Rebecca Sha*_____
KIM M. BOYLE (#18133)
REBECCA SHA (#35317)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
E-mail:   kim.boyle@phelps.com
              rebecca.sha@phelps.com

**ATTORNEYS FOR DEFENDANTS, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ERICA WOODLEY, TIFFANY SMITH, AVERY PARDEE AND JONATHAN SMALL**

PD.48894771.1