UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Defendant, The Administrators of the Tulane Educational Fund ("Tulane" or "Defendant"),[1] and individually named Defendants, Erica Woodley, Tiffany Smith, Avery Pardee and Jonathan Small (collectively, "Individual Defendants") (together with Tulane, "Defendants"), who, without waiving and expressly reserving any other motions, arguments, objections, and defenses to this action, appear solely pursuant to Rule 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure and respectfully move this Honorable Court to dismiss all of the claims in the Amended Complaint (R. Doc. 19) filed by Plaintiff, Judith Santano, against them, as more fully set forth in the attached Memorandum in Support. For the factual and legal reasons detailed more fully in the attached Memorandum in Support, Defendants respectfully submit that the granting of this Motion to Dismiss is warranted and respectfully move this Court for an order dismissing all claims, at Plaintiff's costs, *with prejudice*, including such other relief to which Defendants may be warranted.

**WHEREFORE**, Defendant, the Administrator of the Tulane Educational Fund, and Individual Defendants, Erica Woodley, Tiffany Smith, Avery Pardee and Jonathan Small

---

[1] Plaintiff improperly names as defendants "Tulane University" and "Tulane Board" which are improper juridical entities for the reasons discussed in the accompanying Memorandum in Support. The proper juridical entity for Tulane is the Administrators of the Tulane Educational Fund.

respectfully request that this Motion be granted; that all claims in the Amended Complaint against them be dismissed, at Plaintiff's costs, *with prejudice*; and, that Defendants be awarded any other relief this Court deems proper.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Rebecca Sha*
KIM M. BOYLE (#18133)
REBECCA SHA (#35317)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
E-mail:   kim.boyle@phelps.com
              rebecca.sha@phelps.com

**ATTORNEYS FOR DEFENDANTS, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ERICA WOODLEY, TIFFANY SMITH, AVERY PARDEE AND JONATHAN SMALL**