*Department of Ecology & Evolutionary Biology, Tulane University, New Orleans, LA 70118*

November 30, 2023

**Judith Santano Remediation Plan**

Dear Judith,

The purpose of this memo is to review and summarize your progress to date in your Ph.D. program, and to identify areas in need of remediation and improvement.

To date, you have been enrolled in the doctoral program in the Department of Ecology and Evolutionary Biology for four full semesters, having matriculated in Fall of 2021. During this time, you have identified a Ph.D. thesis topic related to pollination biology of hummingbirds, completed two pilot field seasons in Ecuador in Summer 2022 and 2023, applied for a series of grants and fellowships, completed coursework, identified two thesis committee members from the EEB Department (Dr. Sunshine Van Bael and Dr. Hannah Frank), and had two formal meetings with the committee as you move toward the EEB Departmental requirement of presenting and defending your prospectus by Spring 2024.

In terms of academic progress, your grades meet expectations, you are meeting course requirements, and the quality of your science is high. You are a very talented biologist and your research progress is on track. Specifically, you have identified a timely and interesting research question; done a good job of educating yourself about the topic via literature review and conversations with experts in the field; and gathered valuable preliminary data and insights about relevant methods in both the laboratory and the field. Accordingly, your progress to date on these criteria is satisfactory.

You have also shared with the committee that you are a reporting party/victim in an ongoing sexual assault investigation (the review and handling of which matter falls within the purview of the Office of Institutional Equity and outside the purview of this committee). The committee is mindful of the challenges associated with recovery from sexual assault; to the extent that there is support or resources that you feel you need in connection with your academic program, please let us know. The committee's goal is for you to be successful. A component part of success is for the committee to provide feedback and support regarding performance areas in need of support, improvement or mitigation. To this end, concerns have arisen regarding professionalism and communication. Grounds for these concerns are detailed, below:

     1.     Regarding the content of communication with your advisor, Dr. Karubian, you stated during your last committee meeting (with Dr. Karubian, Dr. Frank and Dr.

**EXHIBIT A**

*Department of Ecology & Evolutionary Biology, Tulane University, New Orleans, LA 70118*

Van Bael present) on August 30 2023 that "everybody in your lab hates" him and you referred to him as a "liar" who was "gaslighting" you. You also stated prior to and during this meeting that you do not feel safe meeting alone with Dr. Karubian. Regarding the tone of this discussion with your committee, the volume of our voice was loud (to yelling). In another context, you stated in a group conversation that you were "the only woman in the Karubian lab" – which is incorrect.

2. Regarding communications with third parties:

    o In Summer 2022, it was shared by local collaborators that your behavior toward local collaborators in Ecuador did not meet civil discourse expectations (e.g., refusing to listen to opinions or advice) and that you made more than one person feel uncomfortable by not respecting personal space and/or making suggestive comments. These reports were shared with Dr. Karubian, who brought them to your attention in an in-person meeting in Cartegena, Colombia in July 2022.
    o In Summer 2023, it was shared by local collaborators that unprofessional behavior (e.g., uninvited hugs, kisses, touching of the face, or suggestive comments) toward three different local collaborators in Ecuador made them feel uncomfortable. These reports were shared with Dr. Karubian, who brought them to your attention in an in-person meeting at the FCAT Station, in June 2023.

The performance of science in your field is collaborative and requires effective working relationships with others, and access to areas and/or habitats subject to third-party control and discretion.  A deterioration of collaborative relationships due to professionalism and communications concerns is serious, in that it will affect your ability to continue making academic progress on your research if, for example, your access to research sites is curtailed because of professionalism concerns or because your interpersonal working relationship with your advisor or other collaborators is irrevocably fractured. Similarly, concerns about professionalism can influence perceptions about your suitability for future positions that place you in a position of power over students, such as a Professor and Lab Principal Investigator.

In light of the above-cited concerns, your progress to date regarding professionalism and communications skills is not satisfactory and in need of remediation.  You are clearly permitted to express your opinions to others regarding the direction of our department, the department leadership, the university, or program. However, you are urged to express these opinions in a way that is professional and not disrespectful.  Please refrain, for example, from engaging in any conduct could be reasonably construed as name-calling or using loud tone and volume that could objectively be characterized as not professional. And, to the extent that you are engaging with prospective students or potential collaborators or colleagues, please ensure that the information you provide is accurate. Similarly, you are expected to be mindful of personal space when working in close quarters or proximity to others, and keeping the content of conversation professional and focused on the work at hand.

Department of Ecology & Evolutionary Biology, Tulane University, New Orleans, LA 70118

**Disposition**

As with all PhD students, the Department of Ecology and Evolutionary Biology expects you to defend a thesis prospectus and advance to candidacy during your sixth semester in the program (which in your case in Spring 2024) to remain in good standing. You have made it clear through your comments and actions that your professional relationship with Dr. Karubian is untenable and you cannot continue to work with him as your primary advisor. Therefore, your committee has determined that you should follow the following steps:

- Meet with a Tulane caseworker to develop a draft remediation plan and share it with your committee no later than January 15, 2024. The remediation plan should include specific measures to achieve the following benchmarks:
    - identify a suitable advisor for your Ph.D. thesis by March 1, 2024;
    - defend a prospectus defense by May 1, 2024 or request an extension.

- Your committee will review the plan in a timely manner and suggest any necessary additions or modifications.

- Regular check-ins will occur with your committee in the first week of February, March, April and May of 2024 for the purpose of discussing professionalism and communication strategies improvement, with the final check in being the last day of classes.

- The faculty will expect you to produce satisfactory ratings on most elements of the plan in order to resolve the plan. If the activities on the plan are not met with mostly satisfactory ratings or if you continue to manifest concerns regarding communication and professionalism affecting your academic performance and research, the faculty will consider recommending a leave of absence or that you will no longer continue in the program.

- Catherine Tyner, Assistant Dean of Students at Tulane, has been suggested as a suitable caseworker. Her contact information is: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

Signed on behalf of your committee,

*[signature]*

Dr. Jordan Karubian
Professor
Email: ▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮▮