**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JUDITH SANTANO | * | CIVIL ACTION NO. 2:24-cv-02748 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE GREG G. GUIDRY |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DONNA PHILLIPS CURRAULT |
| TULANE UNIVERSITY, BOARD OF | * | |
| TULANE, JORDAN KARUBIAN, | * | |
| ERICA WOODLEY, MARCUS FOSTER, and | * | |
| TIFFANY SMITH | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant, Dr. Jordan Karubian, respectfully submits this motion seeking dismissal, with prejudice, of all Plaintiff's claims asserted against him in Plaintiff's First Amended Complaint (R. Doc. 16-1). Dr. Karubian submits Plaintiff's claims against him for negligence, negligent infliction of emotional distress, and intentional infliction of emotional distress fail state a claim for which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Accordingly, and for the reasons more fully set forth in the accompanying memorandum, Defendant, Dr. Jordan Karubian, requests dismissal of all claims against him.

[*signature block on next page*]

**Respectfully Submitted,**

**FRILOT L.L.C.**

*/s/ Leslie W. Ehret*
Leslie W. Ehret (La. Bar No. 18494)
Christopher J. Nunziato (La. Bar No. 40471)
lehret@frilot.com
cnunziato@frilot.com
1100 Poydras Street, Suite 3800
New Orleans, LA 70163-3600
Telephone: 504-599-8000
Facsimile: 504-599-8100

*Counsel for Dr. Jordan Karubian*

### CERTIFICATE OF SERVICE

I do hereby certify that, on this day, I electronically filed the above and foregoing with the Clerk of the Court using the MEC electronic filing system which provided notice of such filing to all counsel of record.

SO CERTIFIED this the 28th day of March, 2025.

_____/s/Leslie W. Ehret_____