**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JUDITH SANTANO | * | CIVIL ACTION NO. 2:24-cv-02748 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE GREG G. GUIDRY |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DONNA PHILLIPS CURRAULT |
| TULANE UNIVERSITY, BOARD OF | * | |
| TULANE, JORDAN KARUBIAN, | * | |
| ERICA WOODLEY, MARCUS FOSTER, and | * | |
| TIFFANY SMITH | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Dr. Jordan Karubian's Rule 12(b)(6) Motion to Dismiss all claims against Dr. Karubian, as asserted in Plaintiff's First Amended Complaint, will be submitted for consideration before the Honorable Greg G. Guidry, Eastern District of Louisiana, 500 Poydras St., Courtroom C552, New Orleans, LA on **May 7, 2025** at 10:00 a.m.

Respectfully Submitted:

*/s/ Leslie W. Ehret*_____
Leslie W. Ehret (La. Bar No. 18494)
Christopher J. Nunziato (La. Bar. No. 40471)
lehret@frilot.com
cnunziato@frilot.com
FRILOT L.L.C.
1100 Poydras Street, Suite 3800
New Orleans, Louisiana 70163
Tel.: (504) 599-8203; Fax: (504) 599-8263

***Counsel for Dr. Jordan Karubian***

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this day, I electronically filed the above and foregoing with the Clerk of the Court using the MEC electronic filing system which provided notice of such filing to all counsel of record.

SO CERTIFIED this the 28th day of March, 2025.

                                                    _____*/s/Leslie W. Ehret*_____