UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO | CIVIL ACTION NO. 2:24-CV-2748 |
| VERSUS | JUDGE GREG G. GUIDRY |
| TULANE UNIVERSITY ET AL. | MAGISTRATE DONNA PHILLIPS CURRAULT |

**O R D E R**

Considering the foregoing Ex Parte Motion for Leave to File Memorandum in Excess of Twenty-Five Pages filed by Defendants, The Administrators of the Tulane Educational Fund, and individually named Defendants, Erica Woodley, Tiffany Smith, Avery Pardee and Jonathan Small;

**IT IS HEREBY ORDERED** that Defendants The Administrators of the Tulane Educational Fund, and individually named Defendants, Erica Woodley, Tiffany Smith, Avery Pardee and Jonathan Small's Ex Parte Motion for Leave to File Memorandum in Excess of Twenty-Five Pages by 15 pages be, and the same is hereby **GRANTED**, and that the Clerk of the United States District Court for the Eastern District of Louisiana be and hereby is directed to accept for filing Defendant's Memorandum in Support of Rule 12(b)(6) Motion to Dismiss.

New Orleans, Louisiana this 31st day of March, 2025.

_____
Donna Phillips Currault
United States Magistrate Judge

PD.48894771.1