## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel for Defendant, The Administrators of the Tulane Educational Fund and individually named Defendants, Erica Woodley, Tiffany Smith, Avery Pardee and Jonathan Small will submit its Rule 12(b)(6) Motion to Dismiss before the Honorable Greg G. Guidry, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 7th day of May 2025 at 10:00 AM, or as soon thereafter as counsel may be heard.

This _____ day of _____, 2025.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Rebecca Sha*
KIM M. BOYLE (#18133)
REBECCA SHA (#35317)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
E-mail:  kim.boyle@phelps.com
         rebecca.sha@phelps.com
**ATTORNEYS FOR DEFENDANT, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**