AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| JUDITH SANTANO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-02748-GGG-DPC |
| TULANE UNIVERSITY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Marcus Foster

Date:   04/03/2025

*Attorney's signature*

Russell L. Johnson (LAB # 38290)
*Printed name and bar number*
P.O. Box 2072
Hattiesburg, MS 39403

*Address*

rljohnson@djlawms.com
*E-mail address*

(601) 544-0631
*Telephone number*

(601) 544-0666
*FAX number*