UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDITH SANTANO | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2748 |
| TULANE UNIVERSITY, ET AL | * | SECTION "T" (2) |

**ORDER**

**IT IS ORDERED** that a Preliminary Conference **BY VIDEO** is hereby scheduled in this matter on **FRIDAY, MAY 2, 2025, at 2:00 p.m.,** before the undersigned Magistrate Judge. One purpose of the conference is to determine whether all parties consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c). Discovery issues, deadlines and other dates will also be discussed, if appropriate.

No later than five (5) days prior to the preliminary conference, counsel (or the parties if unrepresented by counsel) shall confer with all other parties to determine whether there is unanimous consent to proceed to trial before the Magistrate Judge. If all parties consent, the attached form is to be circulated, with each party signing the same form. Once signed by all parties and/or counsel, the completed form should be sent to the undersigned at efile-currault@laed.uscourts.gov.

A log-in invitation for the video conference will be emailed to counsel shortly before the scheduled conference.[1]

New Orleans, Louisiana, this 15th day of April, 2025.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] Participants are reminded of requirements of our Local Rules with respect to proper attire in the courtroom. They are to abide by those requirements even when participating via video conference. Participants are further reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceeding which likewise apply to proceedings conducted over video conference.