UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDITH SANTANO | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2748 |
| TULANE UNIVERSITY, ET AL | * | SECTION "T" (2) |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

  In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case, entry of final judgment, and all post-trial proceedings. The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

| Date | Plaintiff(s) | Defendant(s) |
|---|---|---|
| Date | Plaintiff(s) | Defendant(s) |
| Date | Plaintiff(s) | Defendant(s) |

**ORDER OF REFERENCE**

  IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge of this court to conduct all further proceedings and order the entry of a final judgment in accordance with Title 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

  New Orleans, Louisiana, this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

** COURT USE ONLY **
CERTIFICATE OF FILING PARTY
I certify that the signatures affixed hereon represent the consent of all parties to the suit.

_____
Deputy Clerk/Judicial Assistant