UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO | CIVIL ACTION NO. 2:24-CV-2748 |
| VERSUS | JUDGE GREG G. GUIDRY |
| TULANE UNIVERSITY ET AL. | MAGISTRATE DONNA PHILLIPS CURRAULT |

### DEFENDANT MARCUS FOSTER'S RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Marcus Foster, who, without waiving and expressly reserving any other motions, arguments, objections, and defenses to this action, appears now solely pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and respectfully moves this Honorable Court to dismiss all of the claims in the Amended Complaint (R. Doc. 19) filed by Plaintiff, Judith Santano against him. For the factual and legal reasons set forth in the attached Memorandum in Support, Defendant respectfully submits that the granting of this Motion to Dismiss is warranted and respectfully moves this Court for an order dismissing all claims, at Plaintiff's cost, *with prejudice*, along with any other relief to which Defendant may be entitled.

**WHEREFORE**, Defendant Foster respectfully requests that this Motion be granted; that all claims in the Amended Complaint against him be dismissed, at Plaintiff's cost, *with prejudice*; and, that Defendant be awarded any other relief this Court deems proper.

Respectfully submitted,

**DEAKLE-JOHNSON LAW FIRM, PLLC**

BY: ___*/s/ Russell L. Johnson*___
      RUSSELL L. JOHNSON (#38290)
      802 N Main St.
      Hattiesburg, Mississippi 39403
      Telephone: (601) 544-0631

Telecopier: (601) 544-0666
E-mail: *RLJohnson@djlawms.com*

**ATTORNEY FOR DEFENDANT MARCUS FOSTER**