**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that undersigned counsel for Defendant, Marcus Foster, will submit his Rule 12(b)(6) Motion to Dismiss before the Honorable Greg G. Guidry, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 7th day of May 2025 at 10:00 AM, or as soon thereafter as counsel may be heard.

This 17th day of April, 2025.

Respectfully submitted,

**DEAKLE-JOHNSON LAW FIRM, PLLC**

BY:     */s/ Russell L. Johnson*
            RUSSELL L. JOHNSON (#38290)
            802 N Main St.
            Hattiesburg, MS 39403
            Telephone: (601) 544-0631
            Telecopier: (601) 544-0666
            E-mail:   RLJohnson@DJLawMS.com


**ATTORNEY FOR DEFENDANT MARCUS FOSTER**