Hope Phelps (La. Bar No. 37259)
William Most (La. Bar No. 36914)
MOST AND ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: hopeaphelps@outlook.com

Aaron B. Zisser [Cal. Bar No. 302926] (*pro hac vice*)
ZISSER LAW OFFICE
5706 Cahalan Ave., # 23730
San Jose, CA 95153
Telephone: (669) 228-5154
Fax: (408) 404-8980
Email: aaron@zisserlawoffice.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JUDITH SANTANO,<br><br>         Plaintiff,<br>    vs.<br><br>TULANE UNIVERSITY, et al.<br><br>         Defendants. | CIVIL ACTION NO: 2:24-cv-2748<br><br>JUDGE GREG G. GUIDRY<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## CONSENT MOTION TO EXTEND SUBMISSION DATE AND FOR EXTENSION OF PAGE LIMIT

Defendants filed their motions to dismiss in the above-captioned action on March 28, 2025 (ECF No. 25 and ECF No. 26), and April 17, 2025 (ECF No. 32), respectively, with a submission date of May 7, 2025. The Parties have all conferred and agreed to an extension of the submission date to June 18, 2025.

1

Plaintiff seeks an extension of the submission date in light of the multiple motions to dismiss, the length of the motion filed by Defendants Tulane, et al. (ECF No. 25), and competing deadlines in other matters.

Counsel for Tulane University, et al., has also agreed to the request for an extension of the page limit for Plaintiff's response to those Defendants' motion to dismiss (ECF No. 25) to forty (40) pages, the same number of pages as Defendants' motion.

Accordingly, Plaintiff respectfully requests that the Court extend the submission date to June 18, 2025, or some other date agreeable to the Court. Plaintiff further requests an extension of the page limit for Plaintiff's response to the motion to dismiss (ECF No. 25) submitted by Defendants Tulane, et al.

Dated this 23rd day of April, 2025

**MOST AND ASSOCIATES**

/s/ *William Most*
William Most
Attorney for Plaintiff,
JUDITH SANTANO

**LAW OFFICE OF AARON ZISSER**

Aaron B. Zisser
Attorney for Plaintiff,
JUDITH SANTANO

(*pro hac vice*)

## DECLARATION / CERTIFICATION

1. I sought and received consent from counsel for all Defendants to file, and for the court to grant, Plaintiff's Motion to Extend Submission Date to June 18, 2025.

2. I sought and received consent from counsel regarding an extension of the page limit – to forty (40) pages – for Plaintiff's response to the motion to dismiss submitted by Defendants Tulane University, et al. (ECF No. 25).

3. I hereby certify, and declare under penalty of perjury under the laws of the State of California, the State of Louisiana, and the United States of America, that the foregoing is true and correct.

Executed on April 23, 2025, in Santa Clara County, California.

_____
AARON ZISSER
Attorney for Plaintiff (*pro hac vice*)