**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JUDITH SANTANO,**

        **Plaintiff,**

vs.

**TULANE UNIVERSITY, et al.**

        **Defendants.**

**CIVIL ACTION NO: 24-2748**

**JUDGE GREG G. GUIDRY**

**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT**

<u>**ORDER**</u>

    **CONSIDERING THE FORGOING AND FOR GOOD CAUSE SHOWN,** the Court hereby grant's Plaintiff's unopposed motion for an extension of the submission date for Defendants' motions to dismiss and extension of the page limit for her response to Defendants' motion to dismiss (ECF No. 25).

    **IT IS ORDERED** that the submission date be extended to June 18, 2025.

    **IT IS FURTHER ORDERED** that Plaintiff be granted an extension of the page limit for her response to Defendants' motion to dismiss (ECF No. 25) to forty (40) pages.

    New Orleans, Louisiana, this _____ day of _____, 2025.


_____
                           **JUDGE**