MINUTE ENTRY
CURRAULT, M.J.
MAY 5, 2025
**MJSTAR:  0:07**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| JUDITH SANTANO | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | NO. 24-2748 |
| TULANE UNIVERSITY, ET AL. | * | SECTION "T" (2) |

The Court conducted a video preliminary conference on this date.

Participating were:  Aaron Zisser, counsel for Plaintiff;
Leslie Weill Ehret, counsel for Defendant Jordan Karubian;
Russell Lamar Johnson, counsel for Defendant Marcus Foster; and
Kim M. Boyle & Rebecca Sha, counsel for Defendants Erica Woodley, Tiffany Smith, Avery Pardee, Jonathan Small, and Administrators of the Tulane Educational Fund.

The Court advised the parties of their option to voluntarily consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) as well as their freedom to withhold consent without adverse substantive consequences.  The parties advised that there was ***not*** unanimous consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  Accordingly, the presiding district judge is hereby notified so that he may revoke the automatic referral and schedule a conference to set pretrial and trial dates on his calendar.

Three motions to dismiss are currently pending.  ECF No. 26, 38, 32.

The Court also discussed discovery with the parties. The Court advised the parties to hold a Rule 26(f) conference promptly and directed them to contact the undersigned's chambers should they wish to schedule an early settlement conference.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. GREG G. GUIDRY**