**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JUDITH SANTANO                                          CIVIL ACTION

VERSUS                                                          NO.  24-2748

TULANE UNIVERSITY, ET AL.                        SECTION   "T" (2)

**O R D E R**

The Court has been notified that one of the parties to this proceeding is unwilling to proceed

to trial before the Magistrate Judge under 28 U.S.C. § 636(c).

Accordingly,

**IT IS ORDERED** that the automatic referral in this case is **VACATED** except for those

other pretrial matters so referred under L.R. 72.1.

New Orleans, Louisiana, this 5th day of May, 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE