UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION** |
| **VERSUS** | **NO.  24-2748** |
| **TULANE UNIVERSITY, ET AL** | **SECTION  "T" (2)** |

## SCHEDULING CONFERENCE NOTICE

A SCHEDULING CONFERENCE will be held **BY TELEPHONE** on **WEDNESDAY, MAY 21, 2025,** at **10:30 A.M.**, for purposes of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.  At the designated time, counsel are asked to call **(833) 990-9400; when prompted enter Guest Code: 031130232** to join a conference call with the Section Case Manager.

TRIAL COUNSEL are to participate in this conference.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue **AS SOON AS POSSIBLE.**

**Counsel will be required to participate in this conference.  A paralegal or secretary may not be substituted.  Counsel adding new parties subsequent to the mailing of this notice shall notify such new party to appear as required by this notice.**

Counsel are to comply with the discovery disclosure requirements of F.R.C.P. (26)(a)(1), 26(f) and Local Rule 26:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?
2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will not be made in this case?
3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?

In advance of the conference, every party should be familiar with and ensure compliance with Rule 7.1, which was amended December 31, 2022.  The parties should be prepared to answer the following question:

1. Have the corporate parties filed their corporate disclosure statements?
   (updated forms can be found on the public website)

|  |  |
|---|---|
| Issued by: | Dedra D. Pongracz |
| | Case Manager |
| | (504) 589-7747 |