Hope Phelps (La. Bar No. 37259)
William Most (La. Bar No. 36914)
MOST AND ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: hopeaphelps@outlook.com

Aaron B. Zisser [Cal. Bar No. 302926] (*pro hac vice*)
ZISSER LAW OFFICE
5706 Cahalan Ave., # 23730
San Jose, CA 95153
Telephone: (669) 228-5154
Fax: (408) 404-8980
Email: aaron@zisserlawoffice.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JUDITH SANTANO,**<br><br>　　　　**Plaintiff,**<br>　vs.<br><br>**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, AVERY PARDEE, and DOES 1-20**<br><br>　　　　**Defendants.** | **CIVIL ACTION NO: 2:24-cv-2748**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

### UNOPPOSED MOTION TO DISMISS MISIDENTIFIED DEFENDANTS

Defendant Administrators of the Tulane Educational Fund ("Tulane") was misidentified in the original Complaint and in the First Amended Complaint as Tulane University and Board of Tulane. Tulane has submitted a 12(b)(6) motion (ECF No. 28) and clearly had notice of the action and that it was incorrectly identified by other names.

1

Plaintiff Judith Santano ("Plaintiff") hereby moves the Court to dismiss Tulane University and Board of Tulane, as those are misnomers for the proper Defendant Tulane, and to substitute the correct name for the Defendant in this action. Defendants do not oppose the motion. Plaintiff is prepared to submit an amended complaint should the Court so require.

The parties agree that the motion to dismiss currently before the Court (ECF No. 28) is still operative, and Tulane does not oppose the amendment to correct the name of the party.

Dated this 30th day of May, 2025.

                                        **MOST AND ASSOCIATES**

                                        /s/ *William Most*

                                        William Most
                                        Attorney for Plaintiff,
                                        JUDITH SANTANO

                                      **LAW OFFICE OF AARON ZISSER**

                                        Aaron B. Zisser
                                        Attorney for Plaintiff,
                                        JUDITH SANTANO

                                        (*pro hac vice*)

## DECLARATION / CERTIFICATION

1.      Pursuant to Local Rule 7.6, I sought and received consent from counsel for Defendants to file, and for the court to grant, Plaintiff's Unopposed Motion to Dismiss Misidentified Defendants.

2.      I hereby certify, and declare under penalty of perjury under the laws of the State of California, the State of Louisiana, and the United States of America, that the foregoing is true and correct.

Executed on May 30, 2025, in Santa Clara County, California.

_____<br>
AARON ZISSER<br>
Attorney for Plaintiff (*pro hac vice*)