**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JUDITH SANTANO,**<br><br>　　　　**Plaintiff,**<br>　vs.<br><br>**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, AVERY PARDEE, and DOES 1-20**<br><br>　　　　**Defendants.** | **CIVIL ACTION NO: 24-2748**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**[PROPOSED] ORDER**

　　**CONSIDERING THE FORGOING** Plaintiff's Unopposed Motion to Dismiss Misidentified Defendants, and finding good cause, the Court hereby dismisses the improperly named Tulane University and Board of Tulane and substitutes Administrators of the Tulane Educational Fund as the correct name identifying the Defendant.

　　**IT IS ORDERED**.

　　New Orleans, Louisiana, this _____ day of _____, 2025.

_____
**JUDGE**
