UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO,**<br><br>        **Plaintiff,**<br>  vs.<br><br>**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, AVERY PARDEE, and DOES 1-20**<br><br>        **Defendants.** | **CIVIL ACTION NO: 24-2748**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## **ORDER**

Considering Plaintiff's Unopposed Motion to Dismiss Misidentified Defendants; R. Doc. 41,

**IT IS ORDERED** that the improperly named defendants Tulane University and Board of Tulane, are dismissed and substituted by defendant, Administrators of the Tulane Educational Fund as the correct name identifying the Defendant.

New Orleans, Louisiana, this  30th  day of      May      , 2025.

                                                                                                   _____
                                                                                                   **GREG GERARD GUIDRY**
                                                                                                   **UNITED STATES DISTRICT JUDGE**