UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GRED G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

## CORPORATE DISCLOSURE STATEMENT

Defendant, The Administrators of the Tulane Educational Fund, is a Non-Profit Corporation with its principal place of business in the State of Louisiana. Tulane does not have a parent company, and no publicly traded company owns ten percent (10%) or more of its stock.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Rebecca Sha*
    KIM M. BOYLE (#18133)
    REBECCA SHA (#35317)
    STEPHANIE M. POUCHER (#37263)
    Canal Place
    365 Canal Street • Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130
    E-mail:   rebecca.sha@phelps.com
            kim.boyle@phelps.com

**ATTORNEYS FOR DEFENDANT, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**