## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO, ) | |
| ) | Civil Action No. 2:24-cv-02748 |
| Plaintiff, ) | |
| v. ) | SECTION: T(2) |
| ) | |
| TULANE UNIVERSITY, BOARD OF ) | |
| TULANE, JORDAN KARUBIAN, ) | |
| ERICA WOODLEY, JONATHAN ) | |
| SMALL, MARCUS FOSTER, ) | |
| TIFFANY SMITH, and ) | |
| AVERY PARDEE, DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

### *EX PARTE* MOTION OF PLAINTIFF FOR SUBSTITUTION
### OF CERTAIN COUNSEL OF RECORD

Plaintiff Judith Santano ("Plaintiff") respectfully makes this motion to substitute certain counsel of record for Plaintiff. Plaintiff respectfully requests that this Court issue an order withdrawing Hope Phelps (La. Bar No. 37259) and William Most (La. Bar No. 36914) of Most and Associates and substituting Imtiaz A. Siddiqui (La. Bar No. 35321) of IAS LAW LLC in their stead. Aaron B. Zisser (*pro hac vice*) of Zisser Law Office will remain counsel of record for Plaintiff.

WHEREFORE, Plaintiff prays that that her motion be granted, and that an order be issued stating that Hope Phelps and William Most of Most and Associates is withdrawn as counsel of record for Plaintiff and Imtiaz A. Siddiqui of IAS LAW LLC is substituted as counsel of record in their stead.

1

Dated: June 13, 2025

Respectfully Submitted,

**IAS LAW LLC**

By: <u>s/Imtiaz A. Siddiqui</u>
Imtiaz A. Siddiqui
La. Bar Roll No. 35321
900 Camp Street, Suite 333
New Orleans, Louisiana 70130
Telephone: (504) 500-1876
Email: <u>ias@iaslawllc.com</u>

*Proposed New Counsel for Plaintiff*

**MOST AND ASSOCIATES**

<u>/s/ William Most</u>
Hope Phelps (La. Bar No. 37259)
William Most (La. Bar No. 36914)
MOST AND ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com