IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO,** | Civil Action No. 2:24-cv-02748 |
| Plaintiff, | |
| v. | SECTION: T(2) |
| **TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, and AVERY PARDEE, DOES 1-20**, | |
| Defendants. | |

## ORDER

Considering the foregoing *Ex Parte Motion* of Plaintiff for Substitution of certain Counsel of Record,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and

**IT IS HEREBY FURTHER ORDERED** that Hope Phelps (La. Bar No. 37259) and William Most (La. Bar No. 36914) of Most and Associates are withdrawn as counsel of record for Plaintiff Judith Santano, and Imtiaz A. Siddiqui (La. Bar No. 35321) of IAS LAW LLC is substituted as counsel of record for Plaintiff in their stead.

THUS DONE AND SIGNED in New Orleans, Louisiana, this ___ day of _____, 2025.

_____
JUDGE