IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO, | ) |
| | ) Civil Action No. 2:24-cv-02748 |
| Plaintiff, | ) |
| v. | ) SECTION: T(2) |
| | ) |
| TULANE UNIVERSITY, BOARD OF TULANE, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, and AVERY PARDEE, DOES 1-20, | ) |
| Defendants. | ) |

## ORDER

Considering the *Ex Parte Motion* of Plaintiff for Substitution of Counsel of Record; R. Doc. 45,

**IT IS ORDERED** that Hope Phelps (La. Bar No. 37259) and William Most (La. Bar No. 36914) are withdrawn as counsel of record for Plaintiff Judith Santano, and Imtiaz A. Siddiqui (La. Bar No. 35321) of IAS LAW LLC is enrolled as additional counsel of record for Plaintiff.

New Orleans, Louisiana, this 16th day of   June  , 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE