**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

      NOW INTO COURT, through undersigned counsel, come Defendants, the Administrators of the Tulane Educational Fund, individually named Defendants, Erica Woodley, Tiffany Smith, Avery Pardee, Jonathan Small, Marcus Foster, and Jourdan Karubian and Plaintiff, Judith Santano, who, appearing solely for the purpose of this motion, reserving all rights, motions and defenses and without waiver thereof, respectfully request this Honorable Court to enter the attached Protective Order pursuant to Fed. R. Civ. Proc. 26(c).  In support of this motion, the Parties contemporaneously submit a proposed Protective Order, taken from Magistrate Currault's model Protective Order and redlined with proposed revisions, attached hereto.

      Respectfully submitted,

      **PHELPS DUNBAR LLP**

      BY:   */s/ Rebecca Sha*
            REBECCA SHA (#35317)
            STEPHANIE POUCHER (#37263)
            Canal Place
            365 Canal Street, Suite 2000
            New Orleans, Louisiana 70130-6534
            Telephone: 504-566-1311
            Telecopier: 504-568-9130
            Email: rebecca.sha@phelps.com
                   stephanie.poucher@phelps.com

**ATTORNEYS FOR DEFENDANTS, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ERICA WOODLEY, TIFFANY SMITH, AVERY PARDEE AND JONATHAN SMALL**

*and*

By: */s/ Leslie W. Ehret*_____
    Leslie W. Ehret (La. Bar No. 18494)
    Christopher J. Nunziato (La. Bar No. 40471)
    lehret@frilot.com
    cnunziato@frilot.com
    FRILOT, L.L.C.
    1100 Poydras Street, Suite 3700
    New Orleans, Louisiana 70163
    Telephone: (504) 599-8203
    Fax: (504) 599-8100

*Counsel for Dr. Jordan Karubian*

**DEAKLE-JOHNSON LAW FIRM, PLLC**

BY:   */s/ Russell L. Johnson*
    Russell L. Johnson (LAB #38290)
    802 N. Main Street (39401)
    Post Office Box 2072
    Hattiesburg, MS 39403
    Telephone: 601-544-0631
    Telecopier: 601-544-0666
    Email: rljohnson@djlawfirm.com

*ATTORNEY FOR DEFENDANT, MARCUS FOSTER*

**IAS LAW LLC**

    /s/ Imtiaz A. Siddiqui
    Imtiaz A. Siddiqui (#35321)
    900 Camp Street, Suite 333
    New Orleans, LA 70130
    Telephone: 504-500-1876
    Email: ias@iaslawllc.com

- 3 -

**LAW OFFICE OF AARON ZISSER**

/s/ Aaron B. Zisser
Aaron B. Zisser [Cal. Bar No. 302926] (*pro hac vice*)
5706 Cahalan Ave., # 23730
San Jose, CA 95153
Telephone: (669) 228-5154
Fax: (408) 404-8980
Email: aaron@zisserlawoffice.com

*Counsel for Plaintiff Judith Santano*

PD.49888504.2