UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **TULANE UNIVERSITY ET AL.** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

### DEFENDANT, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND'S, EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes The Administrators of the Tulane Educational Fund ("Tulane"), who, appearing solely for the purpose of this motion, reserving all rights, motions, and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time until September 11, 2025, in which to respond to Plaintiff's Second Amended Complaint (R. Doc. 57) filed by Plaintiff in the above-referenced matter. Counsel for Plaintiff has been contacted and does not oppose the extension of time until September 11, 2025.

In accordance with Eastern District Local Rule 7.8, Movant certifies that this is their first extension of time to respond to Plaintiff's Second Amended Complaint and that Plaintiff has not filed into the record an objection to an extension of time.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _/s/ Rebecca S. Sha_

Kim M. Boyle (Bar #18133)
Rebecca S. Sha (Bar #35317)
Canal Place | 365 Canal Street, Suite 2000

1

2

      New Orleans, Louisiana 70130
      Telephone: 504 566 1311
      Facsimile: 504 568 9130
      Email: boylek@phelps.com
      Email: rebecca.sha@phelps.com

**ATTORNEYS FOR DEFENDANT THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**

PD.50664763.1