UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO,<br><br>        **Plaintiff,**<br><br>  vs.<br><br>ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, AVERY PARDEE, ROBIN FORMAN, and DOES 1-20<br><br>        **Defendants.** | CIVIL ACTION NO: 24-2748<br><br>SECTION: T (2)<br><br>JUDGE GREG G. GUIDRY<br><br>MAGISTRATE JUDGE<br>DONNA PHILLIPS CURRAULT |

### DR. JORDAN KARUBIAN'S RESPONSE
### TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant, Dr. Jordan Karubian, responds to Plaintiff's Second Amended Complaint (R. Doc. 57) as follows:

On March 28, 2025, Dr. Karubian filed a motion to dismiss (R. Doc. 26) Plaintiff's First Amended Complaint (R. Doc. 19) pursuant to Fed. R. Civ. P. 12(b)(6). Dr. Karubian's motion to dismiss was originally noticed for submission on May 7, 2025, which submission date was later continued to June 18, 2025. (R. Doc. 26-3 and 35). On June 10, 2025, Plaintiff filed an Opposition to Dr. Karubian's motion to dismiss. (R. Doc. 44). On June 16, 2025, Dr. Karubian filed a reply brief in support of his motion to dismiss. (R. Doc. 46).

In her First Amended Complaint, Plaintiff only asserted three claims against Dr. Karubian – negligence, negligent infliction of emotional distress and intentional infliction of emotional distress. (R. Doc 19, Paras. 227-241 and 245-248). After Dr. Karubian's motion to dismiss

Plaintiff's First Amended Complaint was under submission, Plaintiff filed her Second Amended Complaint, which added no new claims or allegations against Dr. Karubian. (R. Doc. 57).

Courts have discretion to treat a pending motion to dismiss as addressing an amended complaint, provided the issues raised in the motion remain relevant. The Fifth Circuit stated, "as explained in a treatise, and reiterated by several district courts in this circuit, 'defendants should not be required to file a new motion to dismiss simply because an amended pleading was introduced while their motion was pending.'" *Rountree v. Dyson*, 892 F.3d 681, 683-4 (5th Cir. 2018) (citing Charles Alan Wright & Arthur R. Miller, Fed. Prac. & Proc. Civ. § 1476 (3d ed. updated Apr. 2018), *Mire v. Bd. of Supervisors of La. State Univ.*, No. 15-6965, 2016 WL 4761561, at *2 (E.D. La. Sept. 13, 2016), and *Davis v. Dallas Cty.*, 541 F.Supp.2d 844, 848 (N.D. Tex. 2008) ("Although [defendant's pending 12(b)(6)] motion to dismiss predates plaintiffs' motion for leave to amend, 'the court may nevertheless treat defendant's motion as directed to the [second] amended complaint because the defects in [plaintiffs' amended] complaint reappear in the [second] amended complaint.'")). Rather, "'[i]f some of the defects raised in the original motion remain in the new pleading, the court simply may consider the motion as being addressed to the amended pleading.'" *Rountree*, 892 F.3d at 683. Accordingly, in response to Plaintiff's Second Amended Complaint, Dr. Karubian maintains and reavers the arguments and defenses set forth in his motion to dismiss (R. Doc. 26) and reply brief in support of same (R. Doc. 46). In light of the above Fifth Circuit precedent, Dr. Karubian respectfully submits his earlier motion to dismiss that was fully briefed and under submission and need not be re-set for submission.

Plaintiff's Second Amended Complaint changes nothing with respect to the claims against Dr. Karubian. Dr. Karubian therefore re-urges Plaintiff's claims against him be dismissed, with prejudice, at Plaintiff's costs.

**Respectfully Submitted,**

**FRILOT L.L.C.**

*/s/Leslie W. Ehret*
Leslie W. Ehret (La. Bar No. 18494)
lehret@frilot.com
1100 Poydras Street, Suite 3800
New Orleans, LA 70163-3600
Telephone: 504-599-8000
Facsimile: 504-599-8100

***Counsel for Dr. Jordan Karubian***

## CERTIFICATE OF SERVICE

I do hereby certify that, on this day, I electronically filed the above and foregoing with the Clerk of the Court using the MEC electronic filing system which provided notice of such filing to all counsel of record.

SO CERTIFIED this 28th day of August 2025.

*/s/Leslie W. Ehret*
Leslie W. Ehret

3