**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JUDITH SANTANO,** | |
| **Plaintiff,** | **CIVIL ACTION NO: 24-2748** |
| **vs.** | **SECTION: T (2)** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, AVERY PARDEE, ROBIN FORMAN, and DOES 1-20** | **JUDGE GREG G. GUIDRY** |
| | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendants.** | |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Dr. Jordan Karubain, who respectfully moves this Honorable Court for an order withdrawing attorney Christopher J. Nunziato (Louisiana State Bar No. 40471) as Defendant's counsel of record in this matter, and substituting attorney T. Patrick O'Leary (Louisiana State Bar No. 30655) of the law firm Frilot L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, Louisiana 70163-3700,  e-mail address poleary@frilot.com in his stead.

Lead counsel for Defendant, Leslie W. Ehret, remains unchanged and is with the same firm as Mr. O'Leary, and the substitution of Mr. O'Leary for Mr. Nunziato will not delay this matter.

WHEREFORE, Defendant, Dr. Jordan Karubian, prays that Christopher J. Nunziato be withdrawn as counsel of record for Dr. Jordan Karubian in this matter, and that T. Patrick O'Leary be substituted in his stead.

Respectfully Submitted,

**FRILOT L.L.C.**

*/s/ Leslie W. Ehret*
LESLIE W. EHRET (La. Bar No. 18494)
1100 Poydras Street, Suite 3800
New Orleans, LA 70163-3600
Telephone: 504-599-8000
Facsimile: 504-599-8100
***Counsel for Defendant, Dr. Jordan Karubian***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Motion to Substitute Counsel of Record was served upon all counsel electronically via the CM/ECF filing system this 2nd day of September 2025.

*/s/ Leslie W. Ehret*