**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JUDITH SANTANO,**

        **Plaintiff,**

    **vs.**

**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, JORDAN KARUBIAN, ERICA WOODLEY, JONATHAN SMALL, MARCUS FOSTER, TIFFANY SMITH, AVERY PARDEE, ROBIN FORMAN, and DOES 1-20**

        **Defendants.**

**CIVIL ACTION NO: 24-2748**

**SECTION: T (2)**

**JUDGE GREG G. GUIDRY**

**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT**

## ORDER

Considering the foregoing *Ex Parte* Motion to Substitute Counsel of Record ("Motion") filed by defendant, Dr. Jordan Karubain,

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**, Christopher J. Nunziato (Louisiana State Bar No. 40471) is hereby withdrawn as counsel of record for Dr. Jordan Karubian in this lawsuit, and T. Patrick O'Leary (Louisiana State Bar No. 30655) is substituted as counsel of record for Dr. Jordan Karubian in his place.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE