UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, et al.**<br><br>        **Defendants.** | **CIVIL ACTION NO: 2:24-cv-2748**<br><br>**SECTION: T(2)** |

**CONSENT MOTION TO CONTINUE SUBMISSION DATE**

Plaintiff, through her undersigned counsel, respectfully files this Consent Motion to Continue the Submission Date for Defendant Robin Forman's Motion to Dismiss (R. Doc. 65), filed October 6, 2025, and currently set for submission before Judge Guidry on October 22, 2025. Plaintiff respectfully requests that this Court continue the submission date for Defendant Forman's Motion until November 19, 2025, to allow Plaintiff sufficient time to prepare her opposition brief in light of deadlines for ongoing discovery and another motion in this matter and competing deadlines in multiple other matters being handled by Plaintiff's counsel.

Counsel for Plaintiff has contacted counsel for Defendant Forman, who consents to the continuance of the submission date to November 19, 2025. Counsel for the other parties likewise do not object.

Accordingly, Plaintiff respectfully requests that the Court continue the submission date to November 19, 2025.

**[signature blocks on next page]**

Dated: October 10, 2025

                                    **IAS LAW LLC**

                                    */s/ Imtiaz A. Siddiqui*

                                    Imtiaz A. Siddiqui (#35321)
                                    900 Camp Street, Suite 333
                                    New Orleans, LA  70130
                                    Telephone:  504-500-1876
                                    Email:  ias@iaslawllc.com

                                  **LAW OFFICE OF AARON ZISSER**

                                    */s/ Aaron Zisser*

                                    Aaron B. Zisser [Cal. Bar No. 302926] (*pro hac vice*)
                                    5706 Cahalan Ave., # 23730
                                    San Jose, CA 95153
                                    Telephone: (669) 228-5154
                                    Fax: (408) 404-8980
                                    Email: aaron@zisserlawoffice.com

                                  *Counsel for Plaintiff Judith Santano*