UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO. 2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND ET AL.** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## ORDER

Considering the parties' Joint Motion to Continue Trial Date and Reset Pretrial Deadlines (R. Doc. 72),

**IT IS ORDERED** that the current Scheduling Order (R. Doc. 40), dated May 23, 2025, be vacated.

**IT IS FURTHER ORDERED** that the March 30, 2026 trial date is continued and all unexpired deadlines within the current Scheduling Order (R. Doc. 40) be reset. The Court's Case Manager will notice a Scheduling Conference for the selection of a new trial date and pre-trial deadlines.

New Orleans, Louisiana, this 26th day of November, 2025.

                                                             */s/ Greg Gerard Guidry*
                                                GREG GERARD GUIDRY
                                        UNITED STATES DISTRICT JUDGE