# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JUDITH SANTANO**                                      **CIVIL ACTION**

**VERSUS**                                             **NO.  24-2748**

**TULANE UNIVERSITY, ET AL**                           **SECTION   "T" (2)**

## <u>SCHEDULING CONFERENCE NOTICE</u>

    **A SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on **TUESDAY, JANUARY 6, 2026,** at **10:30 A.M.**, for purposes of scheduling a pre-trial conference and trial on the merits.  At the designated time, counsel are asked to call **(833) 990-9400; when prompted enter Guest Code: 031130232** to join a conference call with the Section Case Manager.

    <u>**TRIAL COUNSEL**</u> are to participate in this conference.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue AS SOON AS POSSIBLE.

    **Counsel will be required to participate in this conference.  A paralegal or secretary may not be substituted.**

                    Issued by:    Dedra D. Pongracz
                                     Case Manager
                                     (504) 589-7747