**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JUDITH SANTANO                                                    CIVIL ACTION

VERSUS                                                           NO. 24-2748

TULANE UNIVERSITY, ET AL                                          SECTION: T (2)

### SCHEDULING ORDER

A Scheduling Conference was held January 6, 2026.

Participating were:    Aaron Zisser, Leslie Weill Ehret, Christopher Joseph Sherlock, Kim M. Boyle, Rebecca Sha and Russell Lamar Johnson

Every party should be familiar with and ensure compliance with Rule 7.1, which was amended December 31, 2022.  If you have not yet done so**,** corporate parties shall file their corporate disclosure statements no later than 7 days after the issuance of this Order.

All pretrial motions, including motions for summary judgments and motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than  **Wednesday, July 1, 2026**.  **<u>ANY</u>** motion for partial summary judgment will not be considered by the Court unless the movant first obtains leave of court, with good cause shown, to file such a motion.  Additionally, all bases upon which summary judgment is sought should be included in a single pleading where a party seeks partial summary judgment on more than one issue.  **This Section adheres to Local Rule 78.1E regarding oral argument on motions.  However, this Court will issue an order setting oral argument for a specific date and time <u>if</u> the Court deems it necessary.  Counsel should <u>not</u> appear for oral argument until**

**ordered to do so.  Deadlines for response memoranda are not extended—those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.  Motions filed in violation of this order will not be considered unless good cause is shown.**

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

**Deposition transcripts submitted in support of motions are to be in an uncompressed format, specifically, double spaced lines on single sided pages.**

In addition, the Court reiterates that Local Rule 7.7 sets page limitation.

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2 requiring parties to file short and concise statement of material facts as to whether there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts.  Citations to record evidence shall indicate, whenever applicable, an extra exhibit reference, page reference and records document number reference.  Record evidence not specifically referred to by the parties may not be considered by the Court.

Depositions for trial use shall be taken and all discovery shall be completed no later than Friday, June 5, 2026.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry.  Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in

no event later than Wednesday, April 22, 2026. The same deadline applies for any expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than Friday, May 22, 2026. The same deadline applies for any expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than Friday, May 22, 2026.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

No later than sixty (60) days after the scheduling conference, the parties shall submit a joint status report to the court. The status report should be e-filed into the record. The status report shall contain:

(1)     A listing of all the parties and counsel who represent the parties;

(2)     A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, an indication of whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class certification proceedings;

(3)     The dates and times of any status conference, pretrial conference and trial set in the case; a statement as to whether the case is jury or non-jury; and the number of expected trial days.

(4)     A **BRIEF** description of the factual and legal issues underlying the dispute;

(5)    A listing of any discovery that remains to be done; and

(6)    A description of the status of any settlement negotiations.

Any party may request a status conference with the Court.  The Court may call a status conference at any time, if deemed necessary.  Only counsel of record may participate in status conference with the Court.

**IT IS ORDERED THAT COUNSEL FOR THE PLAINTIFF CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD NO LESS THAN TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

This case may involve extensive documentary evidence, depositions or other discovery.  No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court.

A Final Pretrial Conference will be held on **Tuesday, July 21, 2026, at 10:00 a.m.  Counsel shall participate by phone at (833) 990-9400;  Guest Code:  509487372.**  Counsel will be prepared in accordance with the final Pretrial Notice attached.  Notwithstanding the attached Pretrial Notice, pretrial orders are to be filed electronically by 4:30 p.m. on a day that allows two (2) full work days prior to the conference, excluding Saturdays, Sundays and holidays (i.e., if the conference is set for 10:00 a.m. Friday, it must be filed electronically by 4:30 p.m. Tuesday.  If the conference is set on Monday, the pre-trial order must be filed electronically on Wednesday by 4:30 p.m.).  **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL.**

Trial will commence the week beginning **Monday, August 17, 2026**, at **9:30 a.m.** before the

District Judge with a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last 5 days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

Issued for the Court:
By:    Dedra D. Pongracz
        Case Manager
        504-589-7747

**COUNSELOR:**

**PLEASE READ THIS ORDER CAREFULLY.  IT CONTAINS INSTRUCTIONS REGARDING MOTION PRACTICE AND PROCEDURES FOR SCHEDULING A SETTLEMENT CONFERENCE THAT APPLY IN SECTION "T" ONLY.**