## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**JUDITH SANTANO**

**VERSUS**

**TULANE UNIVERSITY ET AL.**

**CIVIL ACTION NO. 2:24-CV-2748**
**JUDGE GREG G. GUIDRY**

**MAGISTRATE DONNA PHILLIPS CURRAULT**

## DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Defendant, The Administrators of the Tulane Educational Fund,[1] ("Defendant") hereby serves the following First Request for Production of Documents to Plaintiff, Judith Santano, pursuant to the Federal Rules of Civil Procedure, to be answered separately, in writing and under oath, and said answers to be produced within the time period allowed by the Federal Rules of Civil Procedure, to Kim M. Boyle and Rebecca Sha, Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130.  The following definitions and instructions shall apply:

## INSTRUCTIONS

A.    These Requests for Production shall be deemed to seek answers, information, and/or responsive documents from Plaintiff, Judith Santano ("Plaintiff" or "You"), as of the date they are served, but shall also be deemed continuing so that any additional information or documents responsive to these Requests for Production that Plaintiff acquires, or that becomes known to you up to and including the time of trial, shall be furnished to undersigned counsel for

---

[1] 1 Incorrectly named as "Tulane University" and "Board of Tulane" which are nonexistent legal entities. Defendant and Individual Defendants represented by undersigned counsel, Erica Woodley, Jonathan Small, Marcus Foster, Tiffany Smith, Avery Pardee, and Robin Forman have pending Motions to Dismiss before the Court, which they believe should result in the dismissal of most, if not all, of Plaintiff's claims, and therefore, expressly reserve, and do not waive any and all rights, objections, and defenses asserted in those pending motions, and expressly reserve their pending rights to seek dismissal of Plaintiff's claims notwithstanding the subject discovery requests being propounded to the Plaintiff.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce all documents and correspondence which relate to any grievance or complaint filed by you or on your behalf, whether anonymously or not, as a student and graduate student including at Stanford University and Tulane, including but not limited to, with your advisor(s), supervisor(s), a Human Resources or Title IX or Office of Institutional Equity or other university employee or representative, and/or web portal.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all documents and correspondence sent to and/or received by you or on your behalf, which pertain or relate to Charges of Discrimination No. 461-2025-00550 and No 461-2024-03682, filed by you with the Equal Employment Opportunity Commission.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all documents received or sent by you or on your behalf, in any form, which pertain to, or in any way relate to, any charge or claim filed by you with any federal or state administrative agency, including but not limited to the Department of Education, Equal Employment Opportunity Commission, the Louisiana Workforce Commission, etc.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents relating to any court or administrative matter, civil or criminal, in which you were either a plaintiff, defendant, or third-party witness.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce Plaintiff's original executed Request for Social Security Earnings Information (SSA-7050) and Social Security Administrative Consent for Release of Information (SSA-3288) authorizations forms attached to this First Request for Production of Documents.

- 8 -

**REQUEST FOR PRODUCTION NO. 16:**

Please produce your federal and state income tax returns with accompanying schedules from 2019 to present.  In the alternative, please produce Plaintiff's original executed Request for Copy of Tax Return attached to this First Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce Plaintiff's executed Personnel Records Release Authorization attached to this First Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce Plaintiff's executed Family Educational Rights and Privacy Act attached to this First Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce Plaintiff's executed Authorization for Release of Criminal and/or Arrest Records attached to this First Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce Plaintiff's medical records regarding any physician or healthcare provider who examined and/or treated Plaintiff for any physical or emotional injuries, harm or distress Plaintiff allegedly sustained as a result of any alleged acts by Defendant.  Also, please produce an executed HIPAA Authorization for Use and Disclosure of Information (Excluding Psychotherapy Noes) and an executed HIPAA Authorization for Use and Disclosure of Psychotherapy Notes, attached to this First Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce a copy of any contingency fee agreements in this case between you and any and all counsel of record in this matter.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce any and all documents, in any form, which support or relate to your

**REQUEST FOR PRODUCTION NO. 68:**

Please produce all documents and correspondence concerning the timing, initial deadlines, timelines, progress reports, notes of your completion of your graduate degree at Tulane and concerning any alleged delays including, but not limited to, your research, dissertation, defense, etc.

**REQUEST FOR PRODUCTION NO. 69:**

To the extent not produced in response to the previous Requests for Production of Documents, please produce any and all documents in your possession or control, in any form, including but not limited to, electronic mail (e-mail) messages, instant and text messages, voice messages, audio and digital recordings and images, word processing documents and/or electronic spreadsheets, and information stored on your personal computers or other electronic and/or cellular devices, which relate, in any way, to your claims and allegations against Defendant in the Complaint, as amended and supplemented.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:    */s/ Rebecca Sha*
　　　　KIM M. BOYLE (#18133)
　　　　REBECCA SHA (#35317)
　　　　Canal Place
　　　　365 Canal Street • Suite 2000
　　　　New Orleans, Louisiana 70130-6534
　　　　Telephone: (504) 566-1311
　　　　Telecopier: (504) 568-9130
　　　　E-mail:   kim.boyle@phelps.com
　　　　　　　　　rebecca.sha@phelps.com

　　　　**ATTORNEYS FOR DEFENDANT, THE
　　　　ADMINISTRATORS OF THE TULANE
　　　　EDUCATIONAL FUND, ERICA WOODLEY,
　　　　TIFFANY SMITH, AVERY PARDEE AND**

- 18 -

- 19 -

**JONATHAN SMALL**


**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have on this 23rd day of October 2025 served a copy of the

foregoing pleading on counsel for all parties to this proceeding by email transmission.


<u>        */s/ Rebecca Sha*        </u>

PD.49887761.1

## PERSONNEL RECORDS AUTHORIZATION

TO WHOM IT MAY CONCERN:

This will authorize you to release any and all information in your care, custody or control concerning the hiring, the employment and/or separation of **JUDITH SANTANO**, date of birth _____, Social Security No. _____, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

Such records should include any and all documents relating to the hiring, employment and/or separation of **JUDITH SANTANO**, and are not limited to the following illustrative examples:  personnel file, supervisory file, disciplinary file, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **JUDITH SANTANO**.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.

_____     _____
**Date**           **JUDITH SANTANO**

## **AUTHORIZATION FOR RELEASE OF CRIMINAL AND/OR ARREST RECORDS**

The undersigned, **JUDITH SANTANO**, **Date of Birth**_____, **Social Security No.**_____, hereby authorizes all state, federal and local law enforcement agencies, including, but not limited to, the Federal Bureau of Investigation, United States Attorneys, the Attorney Generals for all fifty states of the United States of America, all local prosecuting and/or district attorneys, all local and state police departments and the State and U.S. Parole Probation Office to release to the law firm of Phelps Dunbar LLP, and/or its attorneys or agents, any and all of **JUDITH SANTANO** arrests, probation, parole and/or criminal records in the possession, custody or control of such entity.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.

_____
**Date**

_____
**JUDITH SANTANO**

PD.53957702.1
PD.53957702.1

**ADMINISTRATIVE RECORDS RELEASE AUTHORIZATION**

**TO:**


I hereby authorize you to furnish to any representative of the law firm of **PHELPS DUNBAR LLP**, any and all administrative records, claims files, reports, recommendations, rulings or any other information or documentation you may have regarding any claims or complaints filed by me.  This release pertains to the records of any administrative agency, including but not limited to, the Office of Workers' Compensation, Department of Labor, the Office of Federal Contract Compliance Program, Equal Employment Opportunity Commission, Social Security Agency, Louisiana Department of Employment Security, National Labor Relations Board, Wage and Hour Division of the Fair Labor Standards Act, Occupational Safety and Health Administration, Louisiana Commission on Human Rights, and Louisiana Health and Welfare Administration.

I further authorize any representative of the law firm of Phelps Dunbar LLP to obtain, at their expense, photostatic copies of such records as they desire.  I hereby agree that a photostatic copy of this authorization may serve as an original.  All documents should be mailed to:

REBECCA SHA
Phelps Dunbar LLP
Suite 2000, Canal Place
365 Canal Street
New Orleans, Louisiana 70130-6534

A copy of the released records obtained by Phelps Dunbar LLP will be furnished to my counsel.

Signed and dated this _____ day of _____, 2025.


Signature:  _____
**JUDITH SANTANO**


Name:  **JUDITH SANTANO**

Social Security No.:  _____

Date of Birth:  _____

## HIPAA AUTHORIZATION

### FOR USE AND DISCLOSURE OF INFORMATION
**(Excluding psychotherapy notes)**


**TO:** _____

     **(Provider's Name)**

**Name of Patient:**     **JUDITH SANTANO**

**Social Security Number:**     _____

**Date of Birth:**     _____

---

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.     The purpose of the use or disclosure is the defense of  JUDITH SANTANO v. The Administrators of the Tulane Educational Fund, pending in The United States District Court-Eastern District of Louisiana, Civil Action No .2:24-cv-2748.

2.     The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.     The information that will be used or disclosed are **certified copies** of all my medical records from date of birth through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia.

- 4 -

Notwithstanding the broad scope of the above disclosure request, the undersigned does not authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4.    The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5.    A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.    I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.    By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: _____        _____
                                 Signature of Individual or Individual's Representative

                                 _____
                                 Printed Name of Individual's Representative (If applicable)

                                 _____
                                 Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

- 5 -

**HIPAA AUTHORIZATION**
**FOR USE AND DISCLOSURE OF**
**PSYCHOTHERAPY NOTES**

**TO:** _____

    **(Provider's Name)**

**Name of Patient:**       **JUDITH SANTANO**

**Social Security Number:**    _____

**Date of Birth:**    _____

_____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.    The purpose of the use or disclosure is the defense of JUDITH SANTANO v. The Administrators of the Tulane Educational Fund et al., pending in The United States District Court-Eastern District of Louisiana, Civil Action No .2:24-cv-2748.

2.    The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.    The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501. Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

4.    The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

PD.53957702.1

- 7 -

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.


Date:  _____        _____
                                   Signature of Individual or Individual's Representative

                                   _____
                                   Printed Name of Individual's Representative (If applicable)

                                   _____
                                   Relationship of Representative to Individual (If applicable)



**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

- 7 -

## FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA) AUTHORIZATION TO RELEASE EDUCATIONAL RECORDS

Name of Student:    JUDITH SANTANO

SSN:                    DOB:

In accordance with Family Educational Rights and Privacy Act of 1974 ("FERPA"), I, the undersigned, hereby authorize _____ to release the following records and information to Trenny Williston and/or Rebecca Sha of the law firm of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130:

> A certified copy of any and all documents maintained by _____ pertaining to JUDITH SANTANO, date of birth _____, and Social Security No. _____, in any way whatsoever, and consisting of, but not limited to records, notes, photographs, reports, attendance records, grades, disciplines, permission slips, financial records, and/or health records or doctor's notes of any kind.

I understand further that (1) I have the right not to consent to the release of these educational records; (2) I have the right to receive a copy of such records upon request; (3) this consent shall remain in effect until I provide written revocation; and (4) that any such revocation shall not affect disclosures made by _____ prior to the receipt of any such written revocation.

_____
Signature

_____
Date

*\*\*THIS INFORMATION IS RELEASED SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF APPROPRIATE STATE AND FEDERAL LAWS AND REGULATIONS WHICH PROHIBIT ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, OR AS OTHERWISE PERMITTED BY SUCH REGULATIONS*

- 8 -

Form **4506**

(April 2025)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506, visit** *www.irs.gov/form4506.*

OMB No. 1545-0429

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get your tax records and transcripts | Internal Revenue Service to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>JUDITH SANTANO | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions).

**4** Previous address shown on the last return filed if different from line 3 (see instructions).

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. _____

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . . . □

**7** **Year or period requested.** Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

12 / 31 / 20        12 / 31 / 21        12 / 31 / 22        12 / 21 / 23

12 / 31 / 24        12 / 31 / 19        __ / __ / __        __ / __ / __

**8** **Fee.** There is a $30 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order**

| | | |
|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . | $ | 30.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . | | |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . . . | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . □

**Caution:** Do not sign this form unless all applicable lines have been complete

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions**

Phone number of taxpayer on line 1a or 2a

**Sign Here**

_____
Signature (see instructions)

Date

Print/Type name

Title (if line 1a above is a corporation, partnership, estate, or trust)

_____
Spouse's signature

Date

Print/Type name

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**          Cat. No. 41721E          Form **4506** (Rev. 4-2025)

Form 4506 (Rev. 4-2025)                                                                                                                        Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506.*

## General Instructions

**Caution:** Do not sign this form unless all applicable lines, *including lines 5 through 7,* have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

  If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Arizona, Arkansas, Florida, Georgia, Louisiana, Mississippi, New Mexico, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Iowa, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alaska, California, Colorado, Hawaii, Idaho, Kansas, Michigan, Montana, Nebraska, Nevada, North Dakota, Ohio, Oregon, South Dakota, Utah, Washington, Wyoming | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Chart for all other returns

| For returns not in Form 1040 series, if the address on the return was in: | Mail to: |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line 3. If you are currently incarcerated, include your inmate identification number, name and address on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B,Change of Address or Responsible Party — Business, with Form 4506.

**Line 7.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 return, or 03/31/2017 for a first quarter Form 941 return.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5 through 7,* are completed before signing.

 *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

  Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

  You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

  The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

  If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

  Internal Revenue Service
  Tax Forms and Publications Division
  1111 Constitution Ave. NW, IR-6526
  Washington, DC 20224.

  Do not send the form to this address. Instead, see *Where to file* on this page.

Form **SSA-3288** (02-2023) UF
Discontinue Prior Editions
Social Security Administration

Page 1 of 3
OMB No. 0960-0566

# Consent for Release of Information

## Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). You may complete this form to release only the minor's non-medical records, if you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child. We require proof of relationship, if you are not the subject of the record. We may charge a fee for providing the information, if you are requesting the information for a purpose unrelated to the administration of a program under the Social Security Act. If you are requesting information, such as a Social Security Statement or benefit verification letter, you can also access this information by creating an account at https://www.ssa.gov/myaccount/.

**NOTE: Do NOT use this form to request:**
- **The release of a minor child's medical records. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or**
- **Detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.**

## How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form.

- Fill in the name, date of birth, and social security number of the subject of the record.
- Fill in the name and address of the person or organization of where you want us to send the requested information.
- Specify the reason you want us to release the information (e.g., litigation, investigation, determining eligibility for benefits). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child or legally incompetent adult, you must state how the release of information is in the best interest of the minor child or legally incompetent adult.
- Check the box next to the type(s) of information you want us to release including specific date ranges, where applicable.

**NOTE:** Unless otherwise specified, the consent form is valid for one-time use only. Also, it is valid for one year from the date of signature, unless you are requesting medical records. A consent form that includes a request for medical records is valid for 90 days from the date of signature.

Send or bring the completed form to the subject of the record's local servicing office. To locate the appropriate servicing office, visit https://secure.ssa.gov/ICON/main.jsp, and input the subject of the record's ZIP code.

Form **SSA-3288** (02-2023) UF                                                                 Page 2 of 3

## Consent for Release of Information

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **These are not mandatory fields for the consent form to be acceptable. Please complete these fields in case we need to contact you about the consent form*).

**TO:  Social Security Administration**

JUDITH SANTANO

| | | |
|---|---|---|
| **\*Full Name** | **\*Date of Birth (MM/DD/YYYY)** | **\*Full Social Security Number** |

I authorize the Social Security Administration to release information or records about me to:

| **\*NAME OF PERSON OR ORGANIZATION:** | **\*ADDRESS OF PERSON OR ORGANIZATION:** **\*\* PHONE NUMBER OF PERSON OR ORGANIZATION:** |
|---|---|
| REBECCA SHA, Phelps Dunbar, LLP | 504-566-1311    rebecca.sha@phelps.com |
| 365 Canal Street, Suite 2000 | |
| New Orleans, LA  70130 | |

**\*I want this information released because:**
We may charge a fee to release information for non-program purposes.

_____

_____

**\*Please release the following information selected from the list below:**
Check at least one box. If requesting medical records, do not check <u>both</u> boxes 7 and 8. We will not disclose records unless you include specific date ranges where applicable.

1. ☐ Verification of Social Security Number

2. ☒ Current monthly Social Security benefit amount

3. ☒ Current monthly Supplemental Security Income payment amount

4. ☒ Social Security benefit amounts from date  2022          to date  2024

5. ☒ Supplemental Security Income payment amounts from date  2022          to date  2024

6. ☐ Medicare entitlement from date  2022          to date  2024

7. ☐ Medical records from date  2022          to date  2024

8. ☒ Complete medical records

9. ☐ Other Social Security record(s) (We will not honor a request for "any and all records" or "the entire file." You must specify which records you are seeking. For example, award/denial notices, benefit applications, appeals)

   Award/denial notices, benefit applications, documents related to any appeal, questionnaires and determinations

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 1746) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtains access to records about another person under false pretenses is punishable by a fine of up to $5,000.**

**\*Signature:** _____     **\*Date:** _____

**\*\*Address:** _____     **\*\*Daytime Phone:** _____

**\*\*Relationship (if not the subject of the record):** _____     **\*\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of witness | 2. Signature of witness |
|---|---|
| Address (Number and street, City, State, and ZIP Code) | Address (Number and street, City, State, and ZIP Code) |

Form **SSA-3288** (02-2023) UF

## Privacy Act Statement
### Collection and Use of Personal Information

The Privacy Act (5 U.S.C. 552a) and Section 205(a) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from honoring the request to release information or records about you. We will use the information you provide to respond to the request for Social Security Administration (SSA) records. We may share the information for the following purposes, called routine uses:

- To contractors and other Federal agencies, as necessary, for the purpose of assisting SSA in the efficient administration of its programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, as published in the Federal Register (FR) on April 1, 2003, at 68 FR 15784; 60-0320, entitled Electronic Disability Claim File, as published in the FR on December 22, 2003, at 68 FR 71210; and 60-0340, entitled FOIA and Privacy Act Record Request and Appeal System, as published in the FR on July 13, 2016, at 81 FR 45352. Additional information, and a full listing of all our SORNs, is available on our website at www.ssa.gov/privacy.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send only comments relating to our time estimate to this address, not the completed form.***