MINUTE ENTRY AND ORDER
CURRAULT, M. J.
MARCH 18, 2026
**MJSTAR:  0:56**
Court Reporter: Sammantha Morgan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDITH SANTANO | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2748 |
| ADMINISTRATORS OF THE TULANE EDUCATION FUND, ET AL. | * | SECTION "T" (2) |

A hearing was held on this date on Defendant the Administrators of the Tulane Educational Fund's Motion to Compel Plaintiff Judith Santano to execute authorizations corresponding to certain requests for production.  ECF No. 82; *see* ECF No. 78.  Plaintiff timely filed an Opposition Memorandum, and Defendant timely filed a Reply Memorandum.  ECF Nos. 80, 83.

Participating were:    Imtiaz A. Siddiqui, counsel for Plaintiff;
Rebecca Sha, counsel for Defendant.

The Court heard argument from the parties.  For the reasons and as stated on the record, the Court DENIED Defendant's Motion to Compel as to RFP No. 15 and GRANTED IN PART AND DENIED IN PART Defendant's Motion to Compel as to RFP Nos. 16, 17, 18, and 20, imposing temporal and other limitations as stated on the record.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE