# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SANTANO** | **CIVIL ACTION NO.  2:24-CV-2748** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND ET AL.** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## ORDER

Considering the Revised Ex Parte / Consent Motion for Extension of Pretrial Deadlines and Trial (R. Doc. 89) filed by Plaintiff, Judith Santano, and finding no good cause for such a continuance at this time,

**IT IS ORDERED** that the Motion is **DENIED**. The parties may seek extension of individual deadlines as necessary.

**IT IS FURTHER ORDERED** that Plaintiff's original Ex Parte / Consent Motion for Extension of Pretrial Deadlines and Trial (R. Doc. 87) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 9th day of April, 2026.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE