UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO | CIVIL ACTION NO.  2:24-CV-2748 |
| VERSUS | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND ET AL. | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

DEFENDANTS' WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, come Defendants, The Administrators of the Tulane educational Fund ("Tulane") and Robin Forman, who, pursuant to the Court's Scheduling Order (R. Doc. 77), and without waiving any rights, claims, motions, defenses, privileges, including the pending motions to dismiss (R. Doc. 28 and 64) and expressly subject to supplementation and amendment as permitted by the Court, submit the list of witnesses whom Defendants will or may call to testify at the trial of the above-captioned proceeding concerning any relevant information related to this lawsuit:

1. Plaintiff, Judith Santano

2. Avery B. Pardee

3. Erica Woodley

4. Tiffany Smith

5. Jonathan Small

6. Dr. Jordan Karubian

7. Dr. Sunshine Van Bael

8. Dr. Hannah Frank

9. Marcus Foster

PD.61724098.1

10. Julia Broussard

11. Dr. Michael Cunningham

12. Dr. Dennis Kehoe

13. Dr. Robin Foreman

14. Dr. Keith Clay

15. Dr. Zoe Diaz-Martin

16. Dr. Jasper Privat

17. Dr. Emily Holt

18. Ruth Riley

19. Dr. Mareli Sanchez Julia

20. Family members and/or friends of Plaintiff concerning and/or relating to any of Plaintiff's allegations on liability and/or damages

21. Any past or present employee of Tulane who may have knowledge of the facts alleged in this matter

22. Representative(s) of current and/or former employers of Plaintiff

23. Any medical provider who provided treatment for Plaintiff for any condition allegedly attributable to the conduct of Defendants

24. Any purported expert witness consulted with or retained by Plaintiff in conjunction with this lawsuit

25. Any witness identified or listed by Plaintiff in her initial disclosures, in any pre-trial pleading, in discovery, in witness lists, in the pre-trial order, and/or called at trial by any party.

26. Any witnesses listed and/or identified by Plaintiff or Defendants in response to Interrogatories, Requests for Production of Documents, Requests for Admissions or any other form of discovery, including depositions and third-party subpoenas.

PD.61724098.1

27. Any witnesses necessary to identify and/or authenticate documents and records relevant to the claims, issues and defenses involved in this case.

28. Any witnesses necessary for impeachment and/or rebuttal purposes.

Defendants submit that the foregoing list is based upon currently available information. Discovery and depositions are not yet complete in this matter. Defendants expressly reserve the right to supplement and/or amend this Witness List prior to trial. Defendants also reserve the right to call any witnesses necessary to identify and/or authenticate for admission any document or record whose admissibility is not stipulated by Plaintiff. Defendants further reserve the right to introduce any witness' testimony by deposition and affidavit as allowed pursuant to the Federal Rules of Civil Procedure and the controlling jurisprudence. The above listing does not include impeachment and rebuttal witnesses.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:     */s/ Rebecca Sha*
Kim M. Boyle (Bar #18133)
Rebecca S. Sha (Bar #35317)
Caroline E. Perlis (Bar #40905)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: boylek@phelps.com
Email: rebecca.sha@phelps.com
Email: caroline.perlis@phelps.com

**ATTORNEYS FOR DEFENDANT THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND AND ROBIN FORMAN**

PD.61724098.1