**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**JUDITH SANTANO**                                    **CIVIL ACTION**

**VERSUS**                                            **NO: 24-2748**

**TULANE UNIVERSITY, et al.**                         **SECTION: T (2)**

**ORDER OF DISMISSAL**

The Court, having been advised by the parties that they have agreed in principle to settle the disputes between them in the above-captioned matter, R. Doc. 97, orders as follows:

**IT IS ORDERED** that this action is dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days.  During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**IT IS FURTHER ORDERED** that upon perfection of settlement the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(l)(A)(ii).

New Orleans, Louisiana, this 16th day of June 2026.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE