UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH SANTANO | CIVIL ACTION NO. 2:24-CV-2748 |
| VERSUS | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ET AL. | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

**ORDER**

Considering the Joint Motion to Continue Order of Dismissal (R. Doc. 99), filed by Plaintiff, Judith Santano, and Defendants, The Administrators of the Tulane Educational Fund and individually named defendant Dr. Robin Foreman,

**IT IS ORDERED** that the Motion is **GRANTED**, and that the 60-day period set forth in the Court's Order of Dismissal (R. Doc. 98) is extended by an additional thirty (30) days, up to and including **September 14, 2026**.

**IT IS FURTHER ORDERED** that the Order of Dismissal is now set to expire on September 14, 2026, and that this action remains dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated before September 14, 2026.

New Orleans, Louisiana, this 13th day of August 2026.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE